IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRADFORD ARRINGTON,

        Petitioner,                    No. MISC S-06-104 LKK KJM

    vs.

UNITED STATES OF AMERICA,

        Respondent.              ORDER

_____/

        This action was referred to the undersigned pursuant to Local Rule 72-302(c). Calendared for hearing on January 24, 2007 is respondent's motion to enforce IRS summonses. No opposition to the motion has been filed.

        Local Rule 78-230(c) provides that opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date. The Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party." In addition, Local Rule 78-230(j) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions. Finally, Local Rule 11-110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing date of January 24, 2007 is vacated. Hearing on respondent's motion is continued to February 28, 2007 at 10:00 a.m. in courtroom no. 26.

2. Petitioner shall file opposition, if any, to the motion no later than February 14, 2007. Failure to file opposition and appear at the hearing will be deemed as a statement of non-opposition and shall result in a recommendation that the motion to enforce be granted.

DATED: January 22, 2007.

_____
U.S. MAGISTRATE JUDGE

006
arrington.nop