IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRADFORD ARRINGTON,

    Petitioner,                    No. MISC S-06-104 LKK KJM

    vs.

UNITED STATES OF AMERICA,

    Respondent.                ORDER

_____/

       Respondent's motion to enforce IRS summonses came on regularly for hearing February 28, 2007. Petitioner Arrington appeared in propria persona. Justin Kim appeared telephonically for respondent. Upon review of the documents in support and opposition, upon hearing the arguments of plaintiff and counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

       Within fourteen days from the date of the hearing respondent shall submit proposed findings and recommendations granting the motion to enforce IRS summonses.

DATED: March 1, 2007.

_____
U.S. MAGISTRATE JUDGE

006
arrington.oah

1