IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRADFORD LEE ARRINGTON, II,

    Petitioner,                                 No. MISC 06-0104 LKK KJM

    vs.

UNITED STATES OF AMERICA,

    Respondent.                               <u>ORDER</u>

_____/

        On March 8, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days.  No objections to the findings and recommendations have been filed.

        Although it appears from the file that petitioner's copy of the findings and recommendations were returned, petitioner was properly served.  It is the petitioner's responsibility to keep the court apprised of his current address at all times.  Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully effective.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed March 8, 2007, are adopted in full;

2. The Petition to Quash Internal Revenue Service Summonses is denied; and

3. The United States' Motion to Enforce Internal Revenue Service Summonses is granted.

DATED: May 7, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT